

**Entered on Docket**
**February 19, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
America's Servicing Company as servicer for US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1.
09-77919

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-26439-lbr |
| Lazaro Y. Perez and Catalina Perez | Date: 12/30/2009<br>Time: 10:00 am |
| | Chapter 13 |
| Debtors | |

## AMENDED ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED. ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor America's Servicing Company as servicer for US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates. Series 2006-NC1., its assignees and/or successors in interest, of the subject property, generally described as 6236 Bristol Way, Las Vegas, NV 89107.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded against this particular property there can be no sale for ninety (90) days, allowing the Debtor(s) to submit a copy of this Order to the State of Nevada, Foreclosure Mediation Program, and the Order will be construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The necessary information can be accessed at **http://www.nevadajudiciary.us/**.

DATED this _____ day of _____, 2010.

Submitted by:
**WILDE & ASSOCIATES**

By:_____/s/Gregory L. Wilde, Esq_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Boris A. Avramski
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV  89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _x_ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _x__ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor